IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BHUSHAN ATHALE | NO.  3:24-mj-509-BT |

## MOTION FOR DETENTION AND CONTINUANCE

The United States moves for pretrial detention of defendant, **Bhushan Athale**, pursuant to 18 U.S.C. §3142(e) and (f).

1. <u>Eligibility of Case.</u>   This case is eligible for a detention order because the case involves (check all that apply):

    <u>  X  </u>  Crime of violence (18 U.S.C. § 3156)

    <u>       </u>  Maximum sentence life imprisonment or death

    <u>       </u>  10 + year drug offense

    <u>       </u>  Felony, with two prior convictions in above categories

    <u>  X  </u>  Serious risk defendant will flee

    <u>       </u>  Serious risk obstruction of justice

    <u>       </u>  Felony involving a minor victim

    <u>       </u>  Felony involving a firearm, destructive device, or any other

        dangerous weapon

    <u>       </u>  Felony involving a failure to register (18 U.S.C. § 2250)

2. <u>Reason for Detention.</u>  The Court should detain defendant because there are no conditions of release which will reasonably assure:

   __X___  Defendant's appearance as required

   __X___  Safety of any other person and the community

3. <u>Rebuttable Presumption.</u>  The United States will/will not invoke the rebuttable presumption against defendant because:

   _____  Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)

   _____  Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. § 2332b(g)(5)

   _____  Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§ 1201, 2251

   _____  Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time For Detention Hearing.</u>  The United States requests the Court conduct the detention hearing,

   _____  At first appearance

   __X__  After continuance of __2__ days (not more than 3).

**Motion for Detention—Page 2**

DATED this the 4th day of June, 2024.

    Respectfully submitted,

    LEIGHA SIMONTON
    UNITED STATES ATTORNEY

    /s/ *Renee M. Hunter*
    Renee M. Hunter
    Assistant United States Attorney
    Bar No. 24072942
    1100 Commerce Street, Third Floor
    Dallas, Texas 75242
    Telephone: 214-659-8798
    Facsimile:  214-659-8803
    Email: renee.hunter@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing will be served on counsel for the defendant at the defendant's initial appearance in accordance with the Federal Rules of Criminal Procedure.

    /s/ *Renee M. Hunter*
    Renee M. Hunter
    Assistant United States Attorney

**Motion for Detention and Continuance—Page 3**